IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.C. OTIS COLLINS                                                                                    PLAINTIFF

v.                                        Civil No. 06-4109

MILLER COUNTY JAIL;
NURSE PENNY; and
DR. JERRY STRINGFELLOW                                                              DEFENDANTS

## **ORDER**

On November 13, 2006, J.C. Otis Collins filed a complaint against Nurse Brenda, Warden Griffen, Nurse Penny, and Dr. Jerry Stringfellow, Civil No. 06-4104. In the complaint and addendum Collins alleges he is being denied proper medical care at the Miller County Correctional Facility. The court has directed service of the complaint in civil no. 06-4104.

On November 21, 2006, the court received a second complaint from Collins. The complaint named the Miller County Jail, Nurse Penny, and Dr. Jerry Stringfellow as defendants. The complaint was filed and assigned case number 06-4109. By order entered on November 21, 2006, Collins was directed to provide the court with a completed in forma pauperis (IFP) application by December 15, 2006. To date, Collins has not complied with the court order.

The court finds case number 06-4109 should be and hereby is dismissed. First, Collins did not comply with the court's order directing him to provide a completed IFP application by December 15, 2006. Second, and more importantly, case number 06-4109, is duplicative of civil case 06-4104.

IT IS SO ORDERED this 25th day of January 2007.

/s/ Harry F. Barnes
UNITED STATES DISTRICT JUDGE

**AO72A**
**(Rev. 8/82)**